# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00760-CV

**Huong Le Nguyen; 1960 Family Practice, P.A.; Cypress Creek ER, PLLC; Cypress Creek ER of Harmony PLLC; Providence Hospital of North Houston LLC; Vein Away, LLC; and TMMS Holdings LLC, Appellants**

**v.**

**0800989127 WB, LLC, Appellee**

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-GN-17-000347, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have filed a joint motion to abate the appeal. In the motion, the parties inform the Court that they wish to have an opportunity to explore whether they can resolve the dispute, potentially through participation in a mediation. We grant the motion in part. The parties shall submit either a joint status report concerning the status of their efforts to resolve the dispute or a motion to dismiss on or before May 22, 2019.

Before Chief Justice Rose, Justices Kelly and Smith

Abated

Filed: February 21, 2019.